# In the United States Court of Federal Claims

* * * * * * * *

HOLTVILLE INVESTMENT GROUP, *
A CALIFORNIA LIMITED PARTNERSHIP,
*
Plaintiffs No. 04-1296C
*
v. Filed: December 1, 2004
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * * * *

**ORDER**

Defendant's unopposed motion for enlargement of time is GRANTED. Defendant will respond to plaintiff's complaint on or before January 3, 2005.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge