# In the United States Court of Federal Claims

* * * * * * * *

HOLTVILLE INVESTMENT GROUP, *
A CALIFORNIA LIMITED PARTNERSHIP,
*
Plaintiff, No. 04-1296C
*
v. Filed: December 15, 2004
*
UNITED STATES OF AMERICA,
*
Defendant.
*

* * * * * * * *

## ORDER

Defendant's Answer is due no later than January 3. When the parties file their JPSR on February 22 we will schedule a hearing to discuss the need for discovery, if any, and potential dispositive motions.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge