# In the United States Court of Federal Claims

* * * * * * * *

HOLTVILLE INVESTMENT GROUP, *
A CALIFORNIA LIMITED PARTNERSHIP, *

Plaintiff, * No. 04-1296C

v. * Filed: January 7, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

The parties are reminded that the joint preliminary status report is due on February 22. We will contact the parties soon thereafter to schedule a status conference concerning the need for discovery, if applicable. Counsel will notify the court promptly upon determining that a party will file a dispositive motion

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge