# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * | |
| HOLTVILLE INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP, * | |
| Plaintiff, * | No. 04-1296C |
| v. * | Filed: April 24, 2008 |
| UNITED STATES OF AMERICA, * | |
| Defendant. * | |
| * * * * * * * | |

**ORDER**

We ask the parties to file a joint status report on or before May 1 informing the court of the status of this case.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge